

# MANDATE
## The Fourteenth Court of Appeals

NO. 14-14-00054-CR

The State of Texas, Appellant

v.

Brian Wei, Appellee

Appealed from the County Criminal Court at Law No 2 of Harris County. (Tr. Ct. No. 1571823). Opinion delivered by Justice McCally. Justices Brown and Wise also participating.

**TO THE COUNTY CRIMINAL COURT AT LAW NO 2 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on November 6, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This court today issued a substitute opinion. We order this court's former judgment of October 2, 2014, be vacated, set aside, and annulled. We further order this court's opinion of October 2, 2014, withdrawn. We deny the motion for en banc reconsideration filed by appellant, The State of Texas, as moot.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, March 27, 2015.



CHRISTOPHER A. PRINE, CLERK

.